1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT J. ACHREM,

       Plaintiff,

    v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. SA CV 11-0698 JCG

**JUDGMENT**

    IT IS ADJUDGED that the above-captioned action is **dismissed without prejudice**.

Dated: February 22, 2012

_____
      Hon. Jay C. Gandhi
    United States Magistrate Judge