# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ACHREM, | ) Case No. SA CV 11-0698 JCG |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is **dismissed without prejudice**.

Dated: February 22, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge